# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Application of LAE TECHNOLOGIES HONG KONG LIMITED for an Order pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | Civil Action No. 23-2314 (ZNQ) |

### ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING

This matter comes before the Court on the *ex parte* application of LAE Technologies Hong Kong Limited ("Applicant") for an Order pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery For Use In A Foreign Proceeding (the "Application"), which seeks documents and deposition testimony from Olubukunmi Olufemi Demuren, an individual who resides or is found in the District of New Jersey, in connection with two foreign proceedings pending in the Hong Kong Court of First Instance between Applicant and RemX Ltd., a Kenyan company.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Application.

**IT IS HEREBY ORDERED THAT THE APPLICANT IS GRANTED LEAVE,** through its United States counsel, Arnold & Porter Kaye Scholer LLP, to issue and serve on Mr. Demuren the subpoena for documents and deposition testimony found at Exhibit A to the Application in accordance with the Federal Rules of Civil Procedure; and

**IT IS FURTHER ORDERED** that Mr. Demuren shall comply with the subpoena in accordance with the Federal Rules of Civil Procedure and the rules of this Court; and

**IT IS FURTHER ORDERED** that, within five (5) business days of the issuance of this Order, copies of the Application, all supporting materials, and this Order shall be sent by overnight delivery to Mr. Demuren at the following address: by Arnold & Porter Kaye Scholer LLP:

> Olubukunmi Olufemi Demuren
> 8 Heritage Court
> Somerville, New Jersey 08876

**IT IS SO ORDERED.**

Dated: 5/31/2023

_____
United States District Judge

[Docket Entry No. 1 is terminated]

2